UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS RENTAL & REPAIR LLC, SERIES 55,

    Plaintiff,

v.

GEORGE ETTENSPERGER, et al.,

    Defendants.

And Related Counterclaims.

Case No. 2:15-cv-1703-LDG (PAL)

**ORDER**

The plaintiff, Las Vegas Rental & Repair LLC, Series 55 (LVRR #55), filed this action in state court alleging claims for quiet title, declaratory relief, unjust enrichment, and injunctive relief. Defendant Federal National Mortgage Association (Fannie Mae) removed the action. LVRR#55 moves to remand the matter (#10), which motion Fannie Mae has opposed (#12). The Court will deny the motion.

This Court has "federal question jurisdiction over claims brought by or against Fannie Mae." *Lightfoot v. Cendant Mortg. Corp.*, 769 F.3d 681, 683 (9th Cir. 2014).

LVRR #55 asks this court to exercise its discretion and abstain from hearing this matter pursuant to either the *Brillhart* abstention doctrine (*see Brillhart v. Excess Ins. Co.*,

316 U.S. 491 (1942)), the *Colorado River* absention doctrine (*see Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976), the *Burford* abstention doctrine (*see Burford v. Sun Oil Co.*, 319 U.S. 315 (1943), or the *Pullman* abstention doctrine (*see Railroad Commission v. Pullman Co.*, 312 U.S. 496 (1941). The Court will decline to exercise its discretion to abstain from hearing this matter under any of these doctrines.

Therefore,

THE COURT **ORDERS** that Plaintiff's Motion to Remand (#10) is DENIED.

DATED this 14 day of January, 2016.

Lloyd D. George
United States District Judge